# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| CRYSTAL MOUNTAIN COMMUNICATIONS LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>COOLPAD GROUP LIMITED and YULONG COMPUTER TELECOMMUNICATION SCIENTIFIC (SHENZHEN) CO. LTD.,<br><br>    Defendants. | CIVIL ACTION NO. 4:24-cv-308-ALM<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff Crystal Mountain Communications, LLC ("Crystal Mountain") and Defendants Coolpad Group Limited and Yulong Computer Telecommunication Scientific (Shenzhen) Co. Ltd. (collectively, "Coolpad") hereby submit this Joint Motion to Stay All Deadlines and Notice of Settlement and respectfully shows the Court as follows:

1. Crystal Mountain and Coolpad have reached a resolution in principle resolving all matters in controversy between Crystal Mountain and Coolpad in the above-referenced action and are in the process of finalizing the resolution.

2. Accordingly, the parties submit that the Court's resources would best be served by a stay of all unreached deadlines for a period of thirty (30) days so that the announced resolution in principle may be completed and appropriate dismissal papers may be filed.

3. The parties request this stay, not for purpose of delay, but that they might finalize and file dismissal papers without incurring additional expense.

WHEREFORE, the parties request that the Court grant this Joint Motion to Stay All Deadlines and enter an Order granting a temporary stay of all upcoming deadlines for a period of thirty (30) days.

Dated: September 25, 2024                                     Respectfully submitted,

/s/ Zachariah S. Harrington                                   /s/ Jason Xu
Matthew J. Antonelli                                          Jason Xu
Texas Bar No. 24068432                                        Jason.xu@rimonlaw.com
matt@ahtlawfirm.com
Zachariah S. Harrington                                       RIMON P.C.
Texas Bar No. 24057886                                        1050 Connecticut Ave NW, Suite 500
zac@ahtlawfirm.com                                            Washington D.C. 20036
Larry D. Thompson, Jr.                                        (202) 470-2141
Texas Bar No. 24051428
larry@ahtlawfirm.com                                          *Attorney for Defendants Coolpad Group*
Rehan M. Safiullah                                            *Limited and Yulong Computer*
Texas Bar No. 24066017                                        *Telecommunication Scientific (Shenzhen) Co.*
rehan@ahtlawfirm.com                                          *Ltd.*
Hannah D. Price
Texas Bar No. 24116921
hannah@ahtlawfirm.com

ANTONELLI, HARRINGTON &
THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
Tel: (713) 581-3000
Fax: (903) 705-7369

*Attorneys for Plaintiff Crystal*
*Mountain Communications, LLC*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Crystal Mountain and counsel for Coolpad have complied with Local Rule CV-7(h) by conferring, and all parties agree to filing this as a joint motion.

*/s/ Zachariah S. Harrington*
Zachariah S. Harrington

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of September 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Zachariah S. Harrington*
Zachariah S. Harrington
